### 32075. Hicks *v.* The State.

Townsend, J. This case is a companion case to *Traylor* v. *State,* ante. The two cases were tried together and the instant case is controlled by the rulings there made.

The judge did not err in overruling the motion for a new trial.

*Judgment affirmed. MacIntyre, P. J., and Gardner, J., concur.*

Decided July 16, 1948.

*Emmett Smith,* for plaintiff in error.

*Earl Staples, Solicitor,* contra.